UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUISA HUFFSTUTLER | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| v. | : | |
| | : | |
| THE WALT DISNEY COMPANY A/K/A | : | |
| THE DISNEY/ABC TELEVISION GROUP | : | |
| A/K/A ABC TELEVISON NETWORK D/B/A | : | |
| DISNEY/ABC INTERNATIONAL TELEVISION, | : | |
| INC. | : | |
| Defendants | : | APRIL 28, 2015 |
| | : | |

## **COMPLAINT**

1- The Plaintiff at times mentioned in this Complaint resided in New Haven, County in the State of Connecticut.

2- At all material times mentioned in this Complaint the Defendant The Walt Disney Company a/k/a The Disney/ABC Television Group a/k/a ABC Television Network d/b/a Disney/ABC International Television, Inc. is a corporation incorporated under the Laws of the States of Delaware and New York and duly licensed to operate in the States of Delaware and New York.

3- Jurisdiction of this Court is involved because the Defendant is a corporation of the States of Delaware and New York and the Plaintiff is a resident of Connecticut and the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00)

4- The Plaintiff's demand in connection with this case is $150,000.00.

1

5- Jurisdiction of this Court is also due to the fact that the parties to this action are residents and/or corporation of different states.

6- The cause of action is a trip and fall accident with resulting personal injuries sustained by the Plaintiff pursuant to 28 U.S.C. 1332 with Diversity of Citizenship.

7- At all times mentioned herein, the Defendant The Walt Disney Company a/k/a The Disney/ABC Television Group a/k/a ABC Television Network d/b/a Disney/ABC International Television, Inc. owned and maintained a building with its side walk between Time Square Studio and ABC Good Morning America out-door-news set which the Defendant, operated at the location of 1500 Broadway, New York, New York to which they invited the general public.

8- At all times mentioned herein, the Plaintiff Louisa Huffstutler was an invitee and walking on the said sidewalk between Time Square Studio and ABC Good Morning America out-door-set located at 1500 Broadway, New York, New York.

9- On or about July 9, 2014, at about 7:45 a.m. on the premises and/or sidewalk between Time Square Studio and ABC Good Morning America out-door-set located at 1500 Broadway, New York, New York, the Plaintiff while walking on the said sidewalk tripped on a wire that was covered by a plastic and/or rubber material, which was connected to the outside set without any caution and/or warning signs causing her to fall and hit her head and face on the cement and/or concrete sidewalk.

10- The Defendant The Walt Disney Company a/k/a The Disney/ABC Television Group a/k/a ABC Television Network d/b/a Disney/ABC International Television, Inc. or their employees, agent, management, maintenance personnel or representatives, had notice and had knowledge or with reasonable diligence should have had notice and knowledge or should have known, of the dangerous and hazardous condition of the news set wire that was covered by a plastic and/or rubber material which was connected to the outside news set without any caution and/or warning signs, and/or any effort to remedied it.

11. The Defendant owed a duty or it was the duty of the Defendant The Walt Disney Company a/k/a The Disney/ABC Television Group a/k/a ABC Television Network d/b/a Disney/ABC International Television, Inc. to exercise ordinary care to maintain and place news set wires in a reasonable safe condition and warning signs or notice for its patrons, passerby and invitees including the Plaintiff, but failed to do so.

12. The Defendant failed to keep the said sidewalk free from unsafe objects and/or wires.

13. The Defendant breached that duty by failing to provide a safe place to walk by keeping the said sidewalk free of items and/or objects i.e. wires.

14. As a result of this occurrence, the Plaintiff sustained injuries, hereinafter more fully described, all of which were due to the negligence and carelessness of the Defendants in failing to keep and maintain the premises and/or sidewalk in reasonably safe condition for public use and free from outside set, news set wires were covered by a plastic and/or rubber material without warning signs, defective

and unsafe conditions in one or more of the following respects in that:

    a. They allowed the outside set news cast wire covered by a plastic and/or rubber material without any caution and/or warning signs;

    b. Failed to make proper and reasonable inspection of said premises and/or sidewalk which were under their care, custody and control;

    c. Allowed, permitted and/or took no steps to prevent pedestrians or other persons lawfully in that vicinity form walking over the said outside set news cast wire;

    d. Failed to fasten or secure the side outside set news cast wire to the ground or take other measures so that the outside set news cast wire would not remain without any caution or warning;

    e. Failed to warn members of the public including the Plaintiff of the aforesaid dangerous and hazardous condition existing on the side premises and/or sidewalk.

15- As a result of this occurrence the negligence and carelessness of the Defendant through its supervisors, employees, agents, maintenance people, or crew the Plaintiff sustained pain, suffering and injuries including the following:

    a. Fractured Nose;

    b. Forehead Laceration;

    c. Laceration to left side of the face;

    d. Left eye injury;

    e. Right arm injury and laceration;

    f. Left knee injury;

      g. Emotional distress and embarrassment;

      h. Permanent impairment to the nose;

      i. Head injury; and

      j. Limitation on rotation and/or flexion and/or movement of the left knee.

16- The Plaintiff has endured and will continue to endure great physical and mental pain and suffering, sleeplessness, and has been subject to throbbing sensations and sharp pain to the forehead.

17- As a result of these injuries, the Plaintiff, has expended large sums of money for medical treatment, medicine and may be obligated in the future to expend further sums for such purposes.

18- As a further result of the foregoing injuries, the Plaintiff has suffered an impairment of her ability to carry on her life's activities which he enjoyed before the collision.

**WHEREFORE**, the Plaintiffs' claims:

    a)    Damages; and

    b)    Such other relief as the Court deems fair and equitable.

                         THE PLAINTIFF
                         LOUISA HUFFSTUTLER

BY: _____
        IKECHUKWU UMEUGO
        HER ATTORNEY
        UMEUGO & ASSOCIATES, P.C.
        620 BOSTON POST ROAD
        P.O. BOX 23673
        WEST HAVEN, CT 06516
        (203) 931-2680/ FAX (203) 931-2682
        FED BAR CT 04536

| | | |
|---|---|---|
| LOUISA HUFFSTUTLER | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| v. | : | |
| | : | |
| THE WALT DISNEY COMPANY A/K/A | : | |
| THE DISNEY/ABC TELEVISION GROUP | : | |
| A/K/A ABC TELEVISON NETWORK D/B/A | : | |
| DISNEY/ABC INTERNATIONAL TELEVISION, | : | |
| INC. | : | |
| Defendants | : | APRIL 28, 2015 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand is greater than Seventy-Five Thousand dollars ($75,000.00), exclusive of interest and cost. The Plaintiff's demand in connection with this case is $150,000.00.

THE PLAINTIFF
LOUISA HUFFSTUTLER

BY: _____
IKECHUKWU UMEUGO
HER ATTORNEY
UMEUGO & ASSOCIATES, P.C.
620 BOSTON POST ROAD
P.O. BOX 23673
WEST HAVEN, CT 06516
(203) 931-2680/ FAX (203) 931-2682
FED BAR CT 04536

## DEMAND FOR TRIAL BY JURY

The Plaintiff demands a jury on all claims.

                THE PLAINTIFF
                LOUISA HUFFSTUTLER

BY: _____
       IKECHUKWU UMEUGO
       HER ATTORNEY
       UMEUGO & ASSOCIATES, P.C.
       620 BOSTON POST ROAD
       P.O. BOX 23673
       WEST HAVEN, CT 06516
       (203) 931-2680/ FAX (203) 931-2682
       FED BAR CT 04536