UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOUISA HUFFSTUTLER : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. |
| v. : | 3:15-CV-00623-WWE |
| : | |
| THE WALT DISNEY COMPANY A/K/A : | |
| THE DISNEY/ABC TELEVISION GROUP : | |
| A/K/A ABC TELEVISON NETWORK D/B/A : | |
| DISNEY/ABC INTERNATIONAL TELEVISION, : | |
| INC. : | |
| Defendants : | MAY 22, 2015 |

## **WITHDRAWAL OF ACTION**

The Plaintiff, in the above-entitled action hereby withdraws her action, because the case settled.

 THE PLAINTIFF
 LOUISA HUFFSTUTLER

By: */s/Ikechukwu Umeugo*
 IKECHUKWU UMEUGO (ct04536)
 Umeugo & Associates, P.C.
 620 Boston Post Road
 P.O. Box 26373
 West Haven, CT 06516
 P: (203) 931-2680
 F: (203) 931-2682
 umeugoand.associates@snet.net

1

## CERTIFICATON

I hereby certify that on this 22nd day of May, 2015, a copy of the foregoing Withdrawal of Action was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing trough the Court's system.

BY:    /S/ Ikechukwu Umeugo
IKECHUKWU UMEUGO
HER ATTORNEY
UMEUGO & ASSOCIATES, P.C.
620 BOSTON POST ROAD
P.O. BOX 23673
WEST HAVEN, CT 06516
(203) 931-2680/ FAX (203) 931-2682
FED BAR CT 04536